**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARTHA ZARATE** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 4:16-cv-00769** |
| | **§** | |
| **SWIFT TRANSPORTATION CO. OF** | **§** | |
| **ARIZONA, LLC AND DANIEL POWERS** | **§** | **JURY REQUESTED** |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND DANIEL POWERS, and hereby give notice of their removal of Cause No. 2016-13003 filed in the 151st Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

**Factual Background**

1. On or about May 30, 2014, a two car motor vehicle accident occurred near the intersection of Holcombe Blvd. and Ardmore Street in Harris County, Texas allegedly involving all the parties. Plaintiff claims she was injured when a Swift Transportation truck driven by Daniel Powers struck the driver's side of her vehicle. Plaintiff claims she was injured as a result of this collision and filed suit in state court.

2. Plaintiff filed suit in state court on February 29, 2016. Service of Citation and Complaint was made on Swift Transportation Co. of Arizona, LLC on March 10, 2016. Defendant Daniel Powers was served via the Texas Transportation Commission on March 10, 2016. In Plaintiff's Original Petition there is a monetary claim for damages in an amount greater than $200,000, which exceeds the jurisdictional minimum. The case has been on file for less than one year. Removal is both timely and appropriate.

**Basis for Removal and Jurisdiction**

3. This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . , to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

**Full Diversity Between the Parties**

***Complete Diversity of Citizenship***

4. To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiffs are Texas citizens and none of the Defendants are Texas citizens or corporations.

5. Plaintiff, Martha Zarate, is a resident and citizen of the State of Texas.

6. Defendant, Daniel Powers, is a resident and citizen of the State of Georgia.

7. Defendant, Swift Transportation Co. of Arizona, LLC is an Arizona corporation with its principal place of business in Phoenix, Arizona.

***Amount in Controversy***

8. In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9. Plaintiff is seeking more than $200,000.00 in damages, as stated in their Original Petition.

**Removal is Timely and Appropriate**

10. If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove. 28 U.S.C. § 1446(b). A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds. 28 U.S.C. § 1446(b). When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity. *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996). "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998). Here, Plaintiff's Original Pleading voluntarily asserts an amount in controversy in excess of $75,000.00. This removal is filed within the thirty (30) days of the service of Plaintiff's Petition. The removal is both timely and appropriate.

**Jury Demanded**

11. Defendants request that the case be tried before a jury.

**Consent of All Served Defendants**

12. Defendant Swift Transportation Co. of Arizona, LLC has been properly served and consents to this removal.

13. Defendant Daniel Powers has been properly served and consents to this removal.

**Compliance with Local Rule and Notice Requirements**

14. Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

Exhibit A ........... List of Images Filed

Exhibit B ........... Civil Process Request

Exhibit C ........... Civil Case Information Sheet

Exhibit D ........... Plaintiff's Original Petition and Requests for Disclosure

Exhibit E............ Citation of Daniel Powers with certified mail receipt

Exhibit F............ Domestic Return Receipt from the Texas Transportation Commission for Daniel Powers

Exhibit G ........... Citation of Swift Transportation Co. of Arizona, LLC with certified mail receipt

Exhibit H ........... Domestic Return Receipt from Texas Secretary of State for Swift Transportation Co. of Arizona, LLC

Defendants know of no orders signed by the state judge.

15. Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiff. A true and correct copy of this Notice of Removal also will be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
SWIFT TRANSPORTATION OF ARIZONA, LLC
AND DANIEL POWERS

## CERTIFICATE OF SERVICE

On this 23rd day of March, 2016, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Wade Moriarty
The Crim Law Firm, PC
4900 Travis Street
Houston, TX 77002
wade@thecrimlawfirm.com

/s/ Roger D. Oppenheim

Roger D. Oppenheim

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARTHA ZARATE** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 4:16-cv-00769** |
| | **§** | |
| **SWIFT TRANSPORTATION CO. OF** | **§** | |
| **ARIZONA, LLC AND DANIEL POWERS** | **§** | **JURY REQUESTED** |

**INDEX OF MATTERS BEING FILED**

Defendants, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND DANIEL POWERS, in connection with the removal of this case to the United States District Court for the Southern District of Texas, Houston Division, file their index of matters, as follows:

Exhibit A ........... List of Images Filed

Exhibit B ........... Civil Process Request

Exhibit C ........... Civil Case Information Sheet

Exhibit D ........... Plaintiff's Original Petition and Requests for Disclosure

Exhibit E............ Citation of Daniel Powers with certified mail receipt

Exhibit F............ Domestic Return Receipt from the Texas Transportation Commission for Daniel Powers

Exhibit G ........... Citation of Swift Transportation Co. of Arizona, LLC with certified mail receipt

Exhibit H ........... Domestic Return Receipt from Texas Secretary of State for Swift Transportation Co. of Arizona, LLC

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
SWIFT TRANSPORTATION OF ARIZONA, LLC
AND DANIEL POWERS

## CERTIFICATE OF SERVICE

On this 23rd day of March, 2016, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Wade Moriarty
The Crim Law Firm, PC
4900 Travis Street
Houston, TX 77002
wade@thecrimlawfirm.com

/s/ Roger D. Oppenheim

Roger D. Oppenheim

Case 4:16-cv-00769 Document 1 Filed in TXSD on 03/23/16 Page 8 of 36



**201613003 - ZARATE, MARTHA vs. SWIFT TRANSPORTATION CO OF ARIZONA LLC (Court 151)**

Chronological History *(non-financial)* | Print All

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
|---|---|---|---|---|---|---|
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

*** Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.**

You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|
| 69399684 | Domestic Return Receipt | | 03/15/2016 | 1 | Add to Basket |
| 69399675 | Domestic Return Receipt | | 03/14/2016 | 1 | Add to Basket |
| 69363822 | Certified Mail Receipt | | 03/08/2016 | 1 | Add to Basket |
| 69363825 | Certified Mail Receipt | | 03/08/2016 | 1 | Add to Basket |
| 69305170 | Certified Mail Tracking Number 7012 3460 0002 8569 6731 | | 03/02/2016 | 1 | Add to Basket |
| 69316886 | Certified Mail Tracking Number 7012 3460 0002 8569 6724 | | 03/02/2016 | 1 | Add to Basket |
| 69198361 | Plaintiffs Original Petition And Request For Disclosure | | 02/29/2016 | 8 | Add to Basket |
| -> 69198362 | Civil Case Information Sheet | | 02/29/2016 | 1 | Add to Basket |
| -> 69198363 | Civil Process Request | | 02/29/2016 | 2 | Add to Basket |

[WS6]



2/29/2016 6:34:11 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 9360767
By: GARIBAY, ARIANA M
Filed: 2/29/2016 6:34:11 PM

# CIVIL PROCESS REQUEST

2016-13003 / Court: 151

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** ______________ **CURRENT COURT:** ______________

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition and Requests for Disclosure

**FILE DATE OF MOTION:** 2/29/16
Month/ Day/ Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: DANIEL POWERS

ADDRESS: 125 East 11th Street, Austin, Texas, 78701 in Travis County. or wherever IT may be found

AGENT, (*if applicable*): Chair of the Texas Transportation Commission

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ______________ Phone: ______________
- ☐ **MAIL**
- ☑ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication: ☐ **COURTHOUSE DOOR, or** ☐ **NEWSPAPER OF YOUR CHOICE:** ______________
- ☐ **OTHER,** *explain* ______________

**************************************************************************************************

****

2. NAME: Swift Transportation Co. Of Arizona, LLC

ADDRESS: 1999 Bryan St Ste 900, Dallas, TX 75201 or wherever he may be found.

AGENT, (*if applicable*): National Registered Agents, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**
- ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ______________ Phone: ______________
- ☐ **MAIL**
- ☑ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication: ☐ **COURTHOUSE DOOR, or** ☐ **NEWSPAPER OF YOUR CHOICE:** ______________
- ☐ **OTHER,** *explain* ______________

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Wade D. Moriarty TEXAS BAR NO./ID NO. 00789503

MAILING ADDRESS: 4900 Travis Street, Houston, Texas 77002

PHONE NUMBER: 713 (area code) 807-7800 (phone number) FAX NUMBER: 713 (area code) 807-8852 (fax number)

EMAIL ADDRESS: Wade@TheCrimLawFirm.com









CIVCIO8 Revised 9/3/99

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_______ AMENDED PETITION
_______ SUPPLEMENTAL PETITION

COUNTERCLAIM
_______ AMENDED COUNTERCLAIM
_______ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_______ AMENDED CROSS-ACTION
_______ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_______ AMENDED THIRD-PARTY PETITION
_______ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_______ AMENDED INTERVENTION
_______ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_______ AMENDED INTERPLEADER
_______ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO: ______________________
(specify)
MOTION TO: ______________________
(specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 69198363 - Page 2 of 2




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69198363 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/29/2016 6:34:11 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 9360767
By: GARIBAY, ARIANA M
Filed: 2/29/2016 6:34:11 PM

# CIVIL CASE INFORMATION SHEET (Rev. 2/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 2016-13003 / Court: 151 COURT (FOR CLERK USE ONLY):

STYLED MARTHA ZARATE VS SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND DANIEL POWERS
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Paul Wyatt
Email: Paul@thecrimlawfirm.com
Address: 4900 Travis St.
Telephone: (713) 807-7800
City/State/Zip: Houston, TX 77002
Fax: (713) 807-8434
Signature: /s/ Paul Wyatt
State Bar No: 24090480

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): MARTHA ZARATE

Defendant(s)/Respondent(s): SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND DANIEL POWERS

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

- ☒ Attorney for Plaintiff/Petitioner
- ☐ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: ______

Additional Parties in Child Support Case:

Custodial Parent: ______

Non-Custodial Parent: ______

Presumed Father: ______

## 2. Indicate case type, or identify the most important issue in the case (*select only 1*):

### *Civil*

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: ______

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: ______

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: ______
- ☒ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: ______
- ☐ Other Injury or Damage: ______

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: ______

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: ______

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: ______

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: ______

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### *Family Law*

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: ______

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: ______

### *Probate & Mental Health*

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: ______

## 3. Indicate procedure or remedy, if applicable (*may select more than 1*):

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (*do not select if it is a family law case*):

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

Certified Document Number: 69198362 - Page 1 of 1

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT C




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69198362 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2/29/2016 6:34:11 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9360767
By: Ariana Garibay
Filed: 2/29/2016 6:34:11 PM

2016-13003 / Court: 151

**CAUSE NO. ____________**

| | | |
|---|---|---|
| **MARTHA ZARATE** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **SWIFT TRANSPORTATION CO.** | § | |
| **OF ARIZONA, LLC AND** | § | |
| **DANIEL POWERS** | § | **____ JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES,** Plaintiff, Martha Zarate ("Plaintiff"), complaining of Swift Transportation Co. Of Arizona, LLC ("Defendant Swift"), and Daniel Powers ("Defendant Powers"), (collectively "Defendants") and for cause of action would respectfully show:

**I.**

Plaintiff intends to conduct discovery under Level II, pursuant to 190.3 of the TEXAS RULES OF CIVIL PROCEDURE.

**II.**

Plaintiff is a resident of Harris County, Texas. The last three numbers of Plaintiff's Texas driver's license number are 183, and the last three numbers of her social security number are 199.



Certified Document Number: 69198361 - Page 1 of 8



Defendant, Swift Transportation Co. Of Arizona, LLC is a foreign company doing business in the State of Texas; service upon this Defendant may be had by serving its registered agent, National Registered Agents, Inc., 1999 Bryan St Ste 900, Dallas, TX 75201 or wherever he may be found.

The Defendant, Daniel Powers, is a "non-resident" individual as that term is defined and understood under §17.041 of the Texas Civil Practice and Remedies Code. Accordingly, for purpose of securing service of process on the Defendant, Daniel Powers, the Plaintiff pleads and will prove the following:

a. The Defendant, Daniel Powers, was the operator of a vehicle involved in an automobile accident on May 30, 2014 in this state; and

b. At the time of the institution of this litigation, the Defendant, Daniel Powers, was a "non-resident" as that term is defined and understood under §17.041 of the Texas Civil Practice and Remedies Code.

Accordingly, pursuant to §17.062 of the Texas Civil Practice and Remedies Code, the Chair of the Texas Transportation Commission is the agent for service of process on the Defendant, Daniel Powers, and service on the Defendant, Daniel Powers, may be obtained by serving the Chair of the Texas Transportation Commission at 125 East 11th Street, Austin, Texas, 78701 in Travis County.

Notice to the Defendant, Daniel Powers, of service of process on the Chair of the Texas Transportation Commission may be made, pursuant to §17.063 of the Texas Civil Practice and Remedies Code, by mailing a copy of the process and notice that the process has been served on the Chair by registered mail or certified mail, return receipt requested to the Defendant, Daniel Powers, at 54 Angie St. Riceboro, GA 31323, or wherever he may be found.



Certified Document Number: 69198361 - Page 2 of 8

This incident occurred in Harris County, Texas.

III.

Damages sought are within the jurisdictional limits of this Court. Plaintiff seeks monetary relief of over $200,000, but not more than $1,000,000.

This Court has jurisdiction and venue is proper in Harris County, Texas pursuant to Tex. Civ. Prac. & Rem. Code §15.002(a)(1) because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County, Texas.

IV.

On or about May 30, 2014, Plaintiff was the driver of a vehicle on Holcombe and Ardmore when, suddenly and without warning, Defendant Swift's employee and/or agent, Defendant Powers, made an unsafe turn into the path of Plaintiff's vehicle causing a collision. Based on information and belief, at all times material to this lawsuit, Defendant Powers was an employee or agent of and engaged in the furtherance of the business of and in the course and scope of employment or agency relationship with the Defendant Swift. As a result of the incident, Plaintiff sustained serious personal injuries.

Certified Document Number: 69198361 - Page 3 of 8

V.

Defendant Swift and its agents, officers, and employees, for whose acts and omissions constituting negligence and negligence per se, and such acts and omissions, among others, are as follows:

(a) In failing to properly screen, test, and qualify drivers, specifically including Defendant Powers, so as to provide for safe operation of a vehicle such as the one involved in the occurrence in question;

(b) In hiring, employing, and/or retaining drivers, specifically including Defendant Powers, who lacked proper screening, testing, training and qualifications so as to provide for safe operation of vehicles such as the one involved in the occurrence in question;

(c) In failing to properly train and supervise drivers, specifically including Defendant Powers, so as to provide for safe operation of vehicles such as the one involved in the occurrence in question; and

(d) In failing to properly implement and enforce policies, procedures, and protocols to properly screen, test, train, qualify, supervise, and retain drivers to operate vehicles such as the one involved in the occurrence in question.

Each of these acts or omissions, singularly or collectively, constituted negligence, which proximately caused the occurrence made the basis of this suit and the resulting injuries and damages to Plaintiff.

Certified Document Number: 69198361 - Page 4 of 8

VI.

On the occasion in question, Defendant Powers, violated his duty to exercise ordinary care in the operation of the motor vehicle and was negligent in one or more of the following particulars:

(a) in failing to keep a proper lookout;
(b) in failing to apply or timely apply the brakes;
(c) in failing to yield the right of way;
(d) in failing to maintain an assured clear distance between Defendant's vehicle and Plaintiff's vehicle;
(e) in failing to control the speed of Defendant's vehicle;
(f) in failing to maintain control of Defendant's vehicle; and
(g) in failing to exercise ordinary care as a reasonably prudent person would have done under the same or similar circumstances.

Each of these acts or omissions, singularly or collectively, constituted negligence, which proximately caused the occurrence made the basis of this suit and the resulting injuries and damages to Plaintiff.

At all times material hereto, all of the agents, servants, and employees for Defendant Swift, including but not limited to Defendant Powers, who were connected with the occurrence made the subject of this cause of action were acting within the course and scope of their employment or agency relationship or official duties and in furtherance of the duties of their employment or agency or office; and these agents, servants, and employees were acting in a managerial capacity or as vice-principals, and the acts committed by them, were authorized, approved, and ratified by the Defendant Swift. Thus, Defendant Swift is vicariously liable for the acts and/or omissions of Defendant Powers under the doctrine of respondeat superior.



Certified Document Number: 69198361 - Page 5 of 8

VII.

All of the facts stated in this pleading are incorporated herein as if fully set forth. The actions, conduct and/or omissions of Defendant Powers were a violation of state law and/or local regulations and/or ordinances and as such constitute negligence per se.

Each of these acts or omissions, singularly or collectively, constituted negligence, which proximately caused the occurrence made the basis of this suit and the resulting injuries and damages to Plaintiff.

VIII.

As a direct and proximate result of the aforementioned acts and omissions of negligence by the Defendants, Plaintiff sustained the following damages for which she is legally entitled to recover:

1. Necessary and reasonable medical expenses, past and future;
2. Physical pain and mental anguish, past and future;
3. Physical impairment, past and future;
4. Disfigurement, past and future;
5. Loss of income and reduced wage earning capacity, past and future; and
6. Pre-judgment interest and costs of Court.

If it be found that Plaintiff was suffering from any predispositions, conditions or bodily infirmities prior to the date of the collision, Plaintiff would show unto the Court and jury that the same was neither disabling nor painful, but that as a result of the injuries suffered by Plaintiff on such occasion, and the effects thereof, the same had been incited, accelerated, and aggravated to such an extent that they have now become painful and disabling as described herein.



Certified Document Number: 69198361 - Page 6 of 8

IX.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this request.

X.

Please take notice that, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, for purposes of self-authentication, any and all documents produced by Defendants to Plaintiff in response to written discovery will be used against Defendants at any pretrial proceeding or at trial.

XI.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein; that upon trial hereof, Plaintiff has judgment of the Court against such Defendants in a total amount of money substantially in excess of the minimum jurisdictional limit of this Court, together with prejudgment and post-judgment interest as provided by applicable laws; for all costs of court; and for all such other and further relief, both general and special, legal and equitable, to which Plaintiff may show herself justly entitled.

Certified Document Number: 69198361 - Page 7 of 8

Respectfully submitted,

**THE CRIM LAW FIRM, P.C.**

/s/: *Wade D. Moriarty*

Wade D. Moriarty
Texas Bar No. 00789503
4900 Travis St.
Houston, Texas 77002
(713)-807-7800 Telephone
(713)-807-8434 Facsimile
Wade@TheCrimLawFirm.com

**ATTORNEY FOR PLAINTIFF MARTHA ZARATE**

Certified Document Number: 69198361 - Page 8 of 8




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69198361 Total Pages: 8

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7012 3460 0002 8569 6731 NC

CAUSE NO. 201613003

RECEIPT NO. ********** 75.00 CTM TR # 73222527

PLAINTIFF: ZARATE, MARTHA
vs.
DEFENDANT: SWIFT TRANSPORTATION CO OF ARIZONA LLC

In The 151st Judicial District Court of Harris County, Texas
151ST DISTRICT COURT
Houston, TX

CONFIRMED FILE DATE: 3/2/2016

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: POWERS, DANIEL BY SERVING THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION AT 125 EAST 11TH STREET AUSTIN TEXAS 78701
OR WHEREVER IT MAY BE FOUND
FORWARD TO:
54 ANGIE ST RICEBORO GA 31323

FILED
Chris Daniel
District Clerk
MAR 02 2016
Time: ______
Harris County, Texas
By ______
Deputy

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 29th day of February, 2016, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 2nd day of March, 2016, under my hand and seal of said Court.

Issued at request of:
MORIARTY, WADE D.
4900 TRAVIS STREET
HOUSTON, TX 77002
Tel: (713) 807-7800
Bar No.: 789503

DISTRICT COURT OF HARRIS COUNTY, TEXAS

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CHAMBERS, WANDA RENE ULW//10322498

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE to the following addressee at address:

______________________

ADDRESS

______________________

ADDRESSEE

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at ______________________

on ______ day of ______________________, ______
by U.S. Postal delivery to ______________________

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

This citation was not executed for the following reason: ______________________

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By ______________________, Deputy



N.INT.CITM.P

DEFENDANT'S EXHIBIT E
ALL-STATE LEGAL®




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69305170 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 3/8/2016



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.64 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | 7.89 |

Postmark Here



POWERS, DANIEL BY SERVING THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION
125 EAST 11TH STREET
AUSTIN, TEXAS 78701

2016-13003 151ST

7012 3460 0002 8559 6731

PS Form 3800, August 2006 — See Reverse for Instructions

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

**RECORDER'S MEMORANDUM**
**This instrument is of poor quality at the time of imaging**

Certified Document Number: 69363822 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69363822 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 3/14/2016






SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1

POWERS, DANIEL BY SERVING THE CHAIR OF THE TEXAS TRANSPORTATION COMMISSION
125 EAST 11TH STREET
AUSTIN, TEXAS 78701

2016-13003 [handwritten]

9590 9402 1377 5285 4268 91

2. Article Number (Transfer from service label)

7012 3460 0002 8569 6731

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Randal Tod — C. Date of Delivery MAR 10 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 1377 5285 4268 91

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

2016 MAR 14 AM 8:42

CHRIS DANIEL DISTRICT CLERK HARRIS COUNTY

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging




Certified Document Number: 69399675 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69399675 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7012 3460 0002 8869 6724 NC

CAUSE NO. 201613003

RECEIPT NO. ********** 75.00 CTM TR # 73222525

PLAINTIFF: ZARATE, MARTHA
vs.
DEFENDANT: SWIFT TRANSPORTATION CO OF ARIZONA LLC

In The 151st Judicial District Court of Harris County, Texas
151ST DISTRICT COURT
Houston, TX

CONFIRMED FILE DATE: 3/2/2016

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: SWIFT TRANSPORTATION CO OF ARIZONA LLC BY SERVING ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS INC
OR WHEREVER HE MAY BE FOUND
1999 BRYAN ST STE 900 DALLAS TX 75201

FILED
Chris Daniel
District Clerk
MAR 02 2016
Time:
By
Harris County, Texas
Deputy

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 29th day of February, 2016, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 2nd day of March, 2016, under my hand and seal of said Court.

Issued at request of:
MORIARTY, WADE D.
4900 TRAVIS STREET
HOUSTON, TX 77002
Tel: (713) 807-7800
Bar No.: 789503

DISTRICT COURT OF HARRIS COUNTY, TEXAS

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 7700
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CHAMBERS, WANDA RENE ULW//10322498

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE to the following addressee at address:

______________________________
ADDRESSEE

______________________________
ADDRESS

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at ______________________________
on ______ day of ______________, ______
by U.S. Postal delivery to ______________________________

This citation was not executed for the following reason: ______________________________

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By ______________________________, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

DEFENDANT'S EXHIBIT G
ALL-STATE LEGAL



Certified Document Number: 69316886 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69316886 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 3/8/2016



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 3460 0002 8569 6724

| | |
|---|---|
| Postage | $ 1.42 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| | 7.67 |

RECEIVED
MR 157
Postmark Here
MAR 0 8 2016
Chris Daniel
District Clerk

MAR - 8 2016

SWIFT TRANSPORTATION CO OF ARIZONA LLC BY SERVING ITS REG. AGENT NATIONAL REGISTERED AGENTS INC
1999 BRYAN ST STE 900
DALLAS, TEXAS 75201
2016-13003 15 1ST

PS Form 3800, August 2006 See Reverse for Instructions

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

**RECORDER'S MEMORANDUM**
**This instrument is of poor quality at the time of imaging**

Certified Document Number: 69363825 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69363825 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 3/15/2016



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. SWIFT TRANSPORTATION CO OF ARIZONA LLC BY SERVING ITS REG. AGENT NATIONAL REGISTERED AGENTS INC
1999 BRYAN ST STE 900
DALLAS, TEXAS 75201

2016-13003-151

9590 9402 1377 5285 4269 21

2. Article Number (Transfer from service label)

7012 3460 0002 8569 6724

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery MAR 10 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 1377 5285 4269 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
Chris Daniel
District Clerk
MAR 15 2016
Time: Harris County, Texas
By Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging




Certified Document Number: 69399684 - Page 1 of 1




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this March 17, 2016

Certified Document Number: 69399684 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARTHA ZARATE** | **§** | |
| | **§** | |
| **VS.** | **§** | **CIVIL ACTION NO. 4:16-cv-00769** |
| | **§** | |
| **SWIFT TRANSPORTATION CO. OF** | **§** | |
| **ARIZONA, LLC AND DANIEL POWERS** | **§** | **JURY REQUESTED** |

**LIST OF PARTIES, COUNSEL OF RECORD AND STATUS**

**PLAINTIFF:**
Martha Zarate

**DEFENDANTS:**
Swift Transportation Co. of Arizona, LLC
Daniel Powers

**ATTORNEYS:**

**ATTORNEY FOR PLAINTIFF:**
Wade Moriarty
SBN: 00789503
FBN:
**THE CRIM LAW FIRM, PC**
4900 Travis Street
Houston, TX 77002
713/807-7800
713/807-8434 (fax)
wade@thecrimlawfirm.com

**ATTORNEY FOR DEFENDANTS**
Roger D. Oppenheim
SBN: 15293400
FBN: 14205
**LORANCE & THOMPSON, PC**
2900 North Loop West, Ste. 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com

**STATUS OF REMOVED CASE:**

February 29, 2016 Plaintiff's Original Petition and Requests for Disclosure

March 23, 2016 Defendants' Notice of Removal

Defendants, Swift Transportation Co. of Arizona, LLC and Daniel Powers, have been served with the Plaintiff's Original Petition and Requests for Disclosure. Neither parties have filed responses to written discovery. No depositions have been taken. The matter has not been mediated. The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
SWIFT TRANSPORTATION OF ARIZONA, LLC
AND DANIEL POWERS

## CERTIFICATE OF SERVICE

On this 23rd day of March, 2016, a true and correct copy of the foregoing instrument has been provided to all parties by e-filing and/or telefax transmission.

Mr. Wade Moriarty
The Crim Law Firm, PC
4900 Travis Street
Houston, TX 77002
wade@thecrimlawfirm.com

/s/ Roger D. Oppenheim

Roger D. Oppenheim